

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,704

### EX PARTE ROSALI BONILLA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1056657 IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

**ALCALA, J., not participating.**

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to forty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Bonilla v. State*, No. 01-07-00387-CR (Tex. App.–Houston [1st Dist.] April 3, 2008, no pet.).

Applicant contends that he was denied his right to file a *pro se* petition for discretionary

review. Appellate counsel filed an affidavit with the trial court. Based on her affidavit, the trial court has entered findings of fact and determined that Applicant was denied his right to file a *pro se* petition for discretionary review. The trial court recommended that we grant relief. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in case number 01-07-00387-CR that affirmed his conviction in cause number 1056657 from the 179th District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: December 7, 2011
Do not publish